# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 4, 2024

### NO. 03-24-00422-CV

**Stephen Vletas, Appellant**

**v.**

**SV O&G LLC, Appellee**

**APPEAL FROM THE 119TH DISTRICT COURT OF RUNNELS COUNTY
BEFORE JUSTICES BAKER, SMITH, AND THEOFANIS
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE THEOFANIS**

Stephen Vletas has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.